## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Encompass Advisors, Ltd. vs. UNAPEN, Inc.**   Docket No.: **14-2960**

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: **Stephen R. Bellis**

Firm: **The Pellegrino Law Firm**

Address: **475 Whitney Ave., New Haven, CT 06511**

Telephone: **203-787-2225**   Fax: **203-777-2096**

E-mail: **meb@pellegrinolawfirm.com**

Appearance for: **Encompass Advisors, Ltd.**
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☑ Additional counsel (co-counsel with: **Gregory J. Gallo/The Pellegrino Law Firm**)
(name/firm)

☐ Amicus (in support of: _____)
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _FEBRUARY 1, 2012_ OR

☐ I applied for admission on _____.

Signature of Counsel: _[signature]_

Type or Print Name: _STEPHEN R. BELLIS_